Marion, etc., Traction Co. *v.* Umphress—73 Ind. App. 703.

*Fred B. Johnson, Louis D. Tilley, Thomas P. Gallagher* and *Paul G. Davis,* for appellants.

*Jeffries & Wells* and *Duvall & Whitaker,* for appellee.

CALDWELL, J.—The questions involved in this appeal are substantially the same as those decided in *Indiana State Board, etc.* v. *Davis* (1918), 69 Ind. App. 109, 121 N. E. 142.

Under the authority of the decision in that case, the judgment appealed from in this case is reversed, with instructions to sustain appellants' motion for a new trial, and with permission to the parties to reform their pleadings if desired.

## ROTH *v.* ALLEN.

[No. 10,436.  Filed October 7, 1920.]

From Marion Superior Court (102,703); *Theophilus J. Moll,* Judge.

Action between Louis Roth and Clifford Allen.  From the judgment rendered, the former appeals.  *Affirmed.*

*E. E. McFerren,* for appellant.

*Whitcomb & Dowden,* for appellee.

PER CURIAM:—Judgment affirmed.

## MARION AND BLUFFTON TRACTION COMPANY *v.* UMPHRESS.

[No. 10,433.  Filed June 2, 1920.  Rehearing denied October 7, 1920.]

From Allen Superior Court; *Carl Yaple,* Judge.

Action by Helen Umphress against the Marion and Bluffton Traction Company.  From a judgment for plaintiff, the defendant appeals.  *Affirmed.*

*Abram Simmons, Charles C. Dailey* and *John J. Kelley,* for appellant.

*Burdge H. Hurd, Eberhart & Kenner* and *Bowers & Feightner,* for appellee.

NICHOLS, J.—This case involved the same accident as the case of *Marion, etc., Traction Co.* v. *Reese* (1919), 71 Ind. App. 223, 124 N. E. 500.  As in that case, the appellee in this case was a passive guest on the rear seat of the automobile.  Upon the authority of that opinion, the judgment is affirmed.